# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Cristiano Zuin  |  CHAPTER 13

BKY. NO. 19-15989 AMC

Debtor

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

  Respectfully submitted,
  **/s/Kevin G. McDonald, Esq.**
  Kevin G. McDonald, Esquire
  KML Law Group, P.C.
  701 Market Street, Suite 5000
  Philadelphia, PA 19106-1532
  (215) 627-1322