IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| Cristiano Zuin | : CASE NO. 19-15989 |

## ORDER GRANTING EXTENSION OF TIME
## TO FILE SCHEDULES AND STATEMENTS

AND NOW, this _____ day of _____, 2019, upon consideration of the within Application for Extension of Time to File Schedules and Statements, it is hereby OREDERED and DECREED that said Application is hereby GRANTED, and the date by which Debtor must file schedules and statements is extended to October 22, 2019.

BY THE COURT: _____

**Date: October 10, 2019**