**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 19-15989-AMC

CRISTIANO ZUIN

59 CROOKED BILLET RD.

HATBORO, PA 19040-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CRISTIANO ZUIN

59 CROOKED BILLET RD.

HATBORO, PA 19040-

Counsel for debtor(s), by electronic notice only.

SEAN P. MAYS
THE MAYS LAW FIRM PC
65 W. STREET ROAD STE B102
WARMINSTER, PA 18974-

Date: 11/25/2019

                              /S/ William C. Miller
                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee