**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
CRISTIANO ZUIN

Chapter 13

**Debtor**    Bankruptcy No. 19-15989-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 14, 2020**

Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
SEAN P. MAYS
THE MAYS LAW FIRM PC
65 W. STREET ROAD STE B102
WARMINSTER, PA 18974-

Debtor:
CRISTIANO ZUIN

59 CROOKED BILLET RD.

HATBORO, PA 19040-