United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-15989-amc
Cristiano Zuin                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 1              Date Rcvd: Jan 14, 2020
                            Form ID: pdf900           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
db           +Cristiano Zuin,    59 Crooked Billet Rd.,    Hatboro, PA 19040-3911
14428352      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14394403     +Citi,   Po Box 6190,   Sioux Falls, SD 57117-6190
14399053     +Quicken Loans Inc.,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,   701 Market St. Suite 5000,
               Philadelphia, PA 19106-1541
14398203     +Quicken Loans Inc.,    C/O KML Law Group,    701 Market Street Suite 5000,
               Philadelphia, PA. 19106-1541
14394406     +Robyn Zuin,    59 Crooked Billet Rd.,    Hatboro, PA 19040-3911
14394407     +Sunrise Credit Service,    260 Airport Plaza Blvd.,    Farmingdale, NY 11735-4021
14394408     +The Mays Law Firm PC,    65 W. Street Rd., Suite B102,    Warminster, PA 18974-3216
14419410     +TruMark Financial Credit Union,    335 Commerce Drive,    Fort Washington, PA 19034-2712
14420489     +TruMark Financial Credit Union,    C/O CORINNE SAMLER BRENNAN,
               Klehr Harrison Harvey Branzburg LLP,    1835 Market Street, Ste. 1400,
               Philadelphia, PA 19103-2945
14394409     +Trumark Financial Cu,    335 Commerce Dr,    Fort Washington, PA 19034-2720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Jan 15 2020 02:58:45     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 15 2020 02:58:26
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 15 2020 02:58:42     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14394401      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 15 2020 03:05:11     Capital One,
               15000 Capital One Dr,   Richmond, VA 23238
14394402      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 15 2020 03:05:11
               Capital One Bank Usa N,    15000 Capital One Dr,   Richmond, VA 23238
14394404     +E-mail/Text: bncnotices@becket-lee.com Jan 15 2020 02:58:17     Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14426957      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 03:05:57
               Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14394405     +E-mail/Text: bankruptcyteam@quickenloans.com Jan 15 2020 02:58:41     Quicken Loans,
               1050 Woodward Ave,    Detroit, MI 48226-1906
14401650     +E-mail/Text: bankruptcyteam@quickenloans.com Jan 15 2020 02:58:41     Quicken Loans Inc.,
               635 Woodard Avenue,    Detroit, MI 48226-3408
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2020 at the address(es) listed below:
              CORINNE SAMLER BRENNAN    on behalf of Creditor    TruMark Financial Credit Union
               cbrennan@klehr.com, swenitsky@klehr.com
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              SEAN P. MAYS    on behalf of Debtor Cristiano  Zuin sean@maysfirm.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      Chapter 13
CRISTIANO ZUIN

Debtor     Bankruptcy No. 19-15989-AMC

## O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: January 14, 2020     _____
    Ashely M. Chan
    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
SEAN P. MAYS
THE MAYS LAW FIRM PC
65 W. STREET ROAD STE B102
WARMINSTER, PA 18974-

Debtor:
CRISTIANO ZUIN

59 CROOKED BILLET RD.

HATBORO, PA 19040-